Equitable Trust Company of New York, Respondent, v. Reese Carpenter and William H. Lyon, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Simons and George Mayer, Respondents, v. The Chateau Realty Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anne Jensen, Appellant, v. The Bowery Savings Bank, Impleaded with Louise Phillips, as Administratrix, etc., of David Phillips, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Korn, Respondent, v. Joseph H. Freedlander, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, with interest from August, 1908, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Korn, Respondent, v. Joseph H. Freedlander, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward T. Kennard, as Executor, etc., of William F. Newkirk, Deceased, Respondent, v. Bernhard J. Ludwig, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Hollander, Appellant, v. Charles I. Hudson and Sarah E. K. Hudson, Respondents.— Judgment affirmed, with costs, on opinion in 152 Appellate Division, 131. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cascade Hotel Company v. Orleans Estate Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Ignatz Offner, as Administrator, etc., of Edith Offner, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company and The New York, New Haven and Hartford Railroad Company, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Israel Goldowitz, Appellant.— Judgment affirmed. No opinion. Present — Ingraham. P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Rosa Hertz, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Harmon B. Niver, Respondent, v. Hinds, Noble & Eldredge, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to